UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   99-cr-00347-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SHARON MARIE GARY,

    Defendant,

    and

PHOENIX CHILDREN'S ACADEMY,

    Garnishee.

---

## GARNISHEE ORDER

---

    On motion of the United States, and good cause appearing, it is hereby

    ORDERED that Garnishee, Phoenix Children's Academy shall, each pay period, pay 10% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

    Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

        Clerk of the Court
        901 19th Street, A-105
        Denver, CO 80294

Please include the following information on each check:

    Name of Defendant:    Sharon Marie Gary

    Court Number:    99-CR-000347

Dated: April 2, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE